UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLYN DAVIS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PFIZER, INC.,<br><br>    Defendants. | **CASE NO.: 2:11-cv-00629-AHM -JC**<br><br>*Hon. A. Howard Matz (Judge)*<br>*Hon. Jacqueline Chooljian (Magistrate)*<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

    Having reviewed the parties' Joint Stipulation for Protective Order, and for good cause shown, the Court hereby orders as follows:

    The parties' Stipulated Protective Order is APPROVED AND SO ORDERED with the following modifications:

    1.    Paragraph 11:    The cross-reference to Paragraph 8(b) through (e) is corrected to cross-reference Paragraph 9(b) through (e).

    2.    Paragraph 13:    This paragraph is modified to read as follows: CONFIDENTIAL MATERIAL and documents designated "CONFIDENTIAL – ATTORNEY'S EYES ONLY" submitted for filing under seal shall be labeled with a cover sheet bearing the case name and number, along with the following statement: "This document is subject to a protective order in this case and shall not be copied or

1  examined except in compliance with that order." In the event the Court authorizes the
2  under seal filing thereof, documents so labeled shall be kept under seal by the Court
3  Clerk.

4      3.   Paragraph 19:  The Court and Court personnel (including the Clerk's
5  Office) are exempt from this provision.

6      4.   Addition of New Paragraph 24:  The following paragraph is added as
7  Paragraph 24 to the end of the Stipulated Protective Order:  To the extent not already
8  reflected herein, the guidelines set forth in the Standing Order of the Honorable A.
9  Howard Matz Re:  Protective Orders and Treatment of Confidential Information are
10 incorporated herein.

12 Dated: August 12, 2011                                     /s/
13                                                         Hon. Jacqueline Chooljian

15 4846-7804-2122, v. 1

CASE NO.:  **2:11-cv-00629-AHM -JC**         ORDER RE JOINT STIPULATION FOR
                                                                                                  PROTECTIVE ORDER