JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLYN DAVIS, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PFIZER, INC.,<br><br>　　　　Defendants. | **CASE NO.: 2:11-cv-00629-AHM  (JCx)**<br><br>*Hon. A. Howard Matz (Judge)*<br>*Hon. Jacqueline Chooljian (Magistrate)*<br><br>**ORDER ON JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:　December 17, 2010<br>Trial Date:　　　　December 20, 2011 |

　　　Having reviewed the parties' Joint Stipulation Regarding Dismissal of Entire Action with Prejudice, and for good cause shown, the Court hereby orders as follows:

　　　The above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

　　　**IT IS SO ORDERED**.

Dated:  October 19, 2011

**JS-6**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. A. Howard Matz